FILED Lee
RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 13 2020

JEFFREY P. COLWELL
CLERK

MATTHEW JAMES DURY      UNITED STATES DISTRICT COURT
        Petitioner
                        FOR THE DISTRICT OF COLORADO
        vs

WARDEN B. TRUE          Case # _____
        Respondant

MOTION PURSUANT TO THE BIVIN'S STATUTE

28 USC§1331 AND THE PLRA 42 USC§1997

Comes Now, the Petitioner, Matthew James Dury, a foreign national held in violation of United States Law and International Law, in the ADX Florence Federal Prison being currently Tortured by the Respondant in Violation of the 13th Amendment to the United States Constitution, the Treaty signed by the United States with the United Nations Article 5 of the Universal Declaration of Human Rights and Rome Statute of the (ICC) International Criminal Court, Articles 6 to 8 and Articles 11, 12, and 13 of the Rome Statute that gives my U.S. Criminal case and the Conditions of my Confinment to the ICC as both are "crimes against humanity" and the "crime of aggression" Committed by United States Officials.

Interpol has confirmed that James Warner Dury a known agent of the U.S Central Intelligence Agency was suspected of kidnapping children from EU nations from 1968 to 1989. On 2/25/2020 the US District Judge in my Criminal Case denied my deportation Motion to be deported back to Switzerland where James W. Dury kidnapped me from in November 1974. The Motion for Deportation was to take place at the end of my prison term pursuant to

page 1 of 6

United States and ICC laws. This Judge also denied a Motion for a DNA test of the Ex-wife of James Warner Dury, a test that would prove she is not my mother and I am in this Country in violation of Federal Law and I was not prosecuted as a foreign National that aledgedly violated US law.

After I was Notified by the ICC of my legalities of my case, Warden B, True retuliated and ordered me to be moved to an Unclean cell on an Unclean Unit thay May have contained Covid-19 with NO cleaning supplies to clean this Cell. I have been issued a face mask that I must use when in contact with staff, yet they are not whearing masks. This leads me to believe Covid-19 is or was in this cell and I am being Tortured by becoming an illegal human test subject for Covid-19. I have Ashma so I am in the high risk catagory and I have not been tested for Covid-19, yet I have been placed in close proximity of an Outside, NON-BOP Medical personel, the Ultra Sound Technition that preformed an Un-nessacary Ultra-Sound on my Kidneys. My Kidneys are helthy, it is my blatter that has the "Solid Mass" Tumor that was discovered via Ultra Sound on 3/9/2018 and never has been Biopcjed.

On 4/5/2020 the Respondants staff ordered me to Urinate into a cup when I have NO Drug or Alcohol history and my

page. 2 of 7

Medical records clearly show I am unable to "VOID urine" on a normal basis. After I drank a 20 ounce cup of Tea and a 20 ounce cup of Coffee, my blatter was full and in pain when 2 hours latter the Officer T. Barzar returned to demand the UA test at 3:50pm. At 3:59pm he ordered the cup returned. At 5:07pm he returned and I was able to put 1/4" of urine in the cup when he ordered me to return the cup again. He then wrote me up for; "Refusal to provide a urine sample." A 110 code violation titted, Refusing Drug/Alcohol test. The words in this write up clearly state I was "unable to provide a urine sample", not a Refusal. This will cause me to loose all the Good Time Credit I will likely get back that the Respondant stole from me prompting case #1:19-cv-3078-LTB-GPG. I will also get Tortured every 30 days until my release in 2024, as I will be forced to take a UA test every 30 days after a "Refusal." So every 30 days I will be Tortured because of the Tumor in my Blatter will not allow me to urinate any more than short bursts after I sit on the Toilet for 15-30 minutes. The Respondant Staff will not allow me to sit to urinate, or to take 30 minutes to urinate so I will be in pain as they will charge me with the 110 violation if I try to urinate before they claim I refused. So each 30 days I will be in pain for 2-6 hours 0 or be under the threat of More Good Time Credit lost. I have not been able to provide

page 3 of 7

a UA since 2012. In 2018 USP Lewisburg staff tried which caused the Ultra Sound test on 3/9/2018 that discovered the "Solid Mass" and a visit to Evengelical Hospital for a test that involved anisthesia, that is likely spelled wrong, I was put to sleep for a medical proceedure. On 9/23/2019 I was sent to St. Thomas More Hospital in Canjon City, Colorado for a Renal Ultra Sound. It said, "Hematuria, Unable to Void" "Polyp in the wall of my Gullblatter". "Prevoid 214 ml, Post Void 152 ml."

## PLRA EXHAUSTION

Since December 2019, I have been able to file an Administrative Remedy forms on the lower levels of some cases but not ~~all~~ above the Wardens Level on some. On 2 cases I have been able to file with Reginal and are now Pending in Washington

However, On this issue, the Counselor refused to give me a BP-8 form, so pursuant to the PLRA 42 USC3 1997, I have NO Remedy available on this issue.

Pursuant to Document 24, case # 1:19-cv-3078-LTB-GPG on page 3, this court cited, "Little v. Jones, 607 F.3d 1245, 1250 (10th Cir. 2010) "Where prison officials, thwart, or hinder a prisoner's efforts to avail himself of an administrative remedy, they render that remedy "unavailable" and a court will excuse the prisoner's failure to exhaust." This Court also cited, * Aguilar-Avellaveda v. Terrell, 478 F.3d

page 4 of ~~7~~

1223, 1225 (10th Cir. 2007)," providing that the court must "ensure that any defects in exhaustion are not procured from the action or inaction of prison officials."

Pursuant to the 3 strike rule of the PLRA, I must prove that my life is in emenant danger or the threat there of to over come the 3 strikes of the PLRA that to place in 2013.

Exposing me to Covid-19 or the threat of exposure to Covid-19 is a direct threat to my life as I am in a class of High-Risk people suseptible to have a Fatal reaction to the Covid-19 virus. I have a comprimised respatory illness, I have Ashma and I take Symbicort and Albuterol for this coronic medical condition. I also have Sleep Apnea that the Medical Staff of Warden B. True have denied dayly or nightly access to a working C-PAP machine. By refusing to give me my C-PAP machine, and exposing me to the posibility of contracting Covid-19, My life is in emenant danger, removing the 3 strike Rule of the PLRA that hit my cases by fraud in 2013. I got the "Failure to state a Claim" because the court ordered me to state a new claim while I was intransit to USP Marion from USP Atwater for over 60 days. When I arrived at USP Marion I received the many Court Orders to respond, including the closures of the cases because I did not respond. The BOP at that time claimed

page 5 of 7

I was in USP Marion while I was in transit for 30 days at USP Victorville in California, then over 30 days in the Oklahoma Transit Center in Oklahoma City, Ok.

As a direct result of the actions of the Federal Judge in my criminal case, and the actions of the United States Bureau of Prisons, including the Respondent Warden B. True, and this Court, the ICC and Interpol can file a Terrorism charge against the United States pursuant to their Rome Statute Jurisdiction in Articles 6 to 8 and Articles 11,12 and 13. "Crimes against humanity" and the "Crime of aggression", by torturing me in most of the Federal prisons I have been in. This includes the Cancer Causing drug NDMA Ranitidine that I was poisoned with by BOP staff including the Respondents new PA Jennifer Seroski that gave me that poison for over one year after the Blatter Tumor was discovered in her presence on 3/9/2018 at USP Lewisburg, and she is currently stopping All testing on this Tumor that she gave me with her poison NDMA Ranitidine without her ever testing to see if I needed Ranitidine.

I humbly request that I be placed into the Custody of Interpol or the ICC so I may testify before the ICC of the US Courts, BOP and/or of mine or James Warner Dury's CIA actions in EU nations, including how I was wounded in Sarajevo on a "Transport Mission" for the CIA in 1994. It is a known fact that children was kidnapped from Spain, France and Switzerland in the '60s through the 1980's and smuggled to the United

page 6 of 7

States by US military claiming the children was born on foreign soil to US Military Personel. James Warder Dury in a deathbed confession told me he kidnapped me from Basel, Switzerland on November 1st 1974.

After the ICC took interest in my case, Warden B. True may have exposed me to Covid-19 or the threat thereof by moving me to an unclean Unit F and unclean cell on 3/28/2020 without cleaning supplies.

Due to the fact that the ICC will likely rule I was Tortured by BOP Officer M. Delomonico when he Raped me with a Metal detector wand on 9/2/2017, All DHO Reports and incident reports will be subject to the ICC as the "Crime of aggression" ie. the charge of Terrorism by a US Government Official, the only way to limit this Terrorism charge to BOP Officials will be for this Court to VOID All loss of Good Time Credit for the entire Prison sentence, as from the first DHO Report, It was done in violation of US and ICC law. It was an act of Terrorism for the BOP to put me in USP Tucson in 2009 as I had No Detainers So my security Points should have been for the FCI Minimum Security as it is right now, at 16 security points, All 914 Good Time Credits Must be Restored. My Home Detention Date would Become 11/11/2020.

## RELIEF DEMAND

1) Remand me into ICC custody to testify in the ICC about the Rape, and/or

2) VOID only the DHO Good Time Credits loss of 914 Good Time Credits.

I, Matthew James Dury, pro se, swear the above is true.

Date: 8 April 2020

Matthew J Dury 18443-055
ADX Florence
PO Box 8500
Florence, Co. 81226-8500

CERTIFICATE OF SERVICE

I, Matthew James Dury, pro se, do hereby certify that I sent a copy of this Motion to the Respondant via inhouse mail to the Warden B. True on 4/8/2020

Date: 8 April 2020          Matthew J Dury 18443-058